AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
**Fidel Salvador Garcia-Espinosa**

AKA: **Miguel Angel Garcia-Espinoza**
AKA: **Jesus Garcia-Espinoza**
IAE   YOB: 1974
**Mexico**

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: **M-20-0870-M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 15, 2020** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Los Ebanos, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Fidel Salvador Garcia-Espinosa was encountered by Border Patrol Agents near Los Ebanos, Texas on April 15, 2020. The investigating agent established that the defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 15, 2020, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on February 14, 2020 through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On November 17, 2016, the defendant was convicted of Possession With Intent to Distribute Marijuana, and sentenced to sixty (60) months confinement and four (4) years supervised release term.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on: 4/16/20 7:36 a.m.

Complaint authorized by AUSA Kristina Pekkala

~~Sworn to before me and subscribed in my presence,~~

April 16, 2020

**Juan F. Alanis**, **U.S. Magistrate Judge**
Name and Title of Judicial Officer

/S/ Jose Diaz
Signature of Complainant

Jose Diaz   Border Patrol Agent

Signature of Judicial Officer